# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

The Honorable J. Kelley Arnold

| | |
|---|---|
| STANLEY WILLMS, and JOYCEWILLMS, a marital community,<br><br>    Plaintiffs,<br><br> vs.<br><br>GEORGIA-PACIFIC, Inc.,<br><br>    Defendant. | No. C05-5754JKA<br><br>AGREED PROTECTION ORDER, RE; MEDICAL RECORDS |

**THE COURT**, upon Agreement of the Petitioner, Stanley Willms, by and through her attorney of record, Michael Hanbey, with the Defendants being represented by Jim A. Harmony, Assistant Attorney General, having reviewed the files and records in this matter, and having determined that discovery pursuant to statute and court rule may proceed, **NOW THEREFORE**

**ORDERS, ADJUDGES AND DECREES** that:

  1. The health care records of the Plaintiff, Stanley Willms shall be produced to counsel for the Defendants after Defendants comply with the Uniform Health Care Act, Chapter 70.02. RCW, requirements;

  2. The discovery of the health care records of the Plaintiff, Stanley Willms,

PROTECTION ORDER,
RE: MEDICAL RECORDS – 1

Wm. Michael Hanbey, PS
Attorney at Law

P.O. Box 2575
Olympia, WA 98507

360 / 570-1636 • Fax 360 / 943-2430

obtained by Counsel for the Defendant may be shared with and reviewed by the Defendant and/or their representatives, but any records related to health care received by the Plaintiff Stanley Willms IS and the SAME SHALL BE PROTECTED from delivery, transferal or dissemination in any physical or electronic form to the Defendant and/or their representatives (except experts hired by counsel for the Defendant); PROVIDED, the Defendant and/or their representatives may, in assisting legal counsel at deposition or in a court proceeding, review or have contact with copies of the health care records.

3. Counsel for Defendant IS and the SAME SHALL BE PROHIBITED FROM delivering, transferring or disseminating copies of the health care records of the Plaintiff, Stanley Willms, to any person who is not a member of the staff of legal counsel for Defendant or an expert engaged to review, analyze or testify about the health care records of the Plaintiff, Stanley Willms unless there is further order of the court.

**DATED the 23rd day of August, 2006**.

/s/ J. Kelley Arnold
U.S. Magistrate Judge

Presented by:

Approved as to Form and Content;
Notice of Presentation Waived:

_____    _____
Michael Hanbey, WSB# 7829          Kristin L. Bremer, OSB # 03274
Attorney for Plaintiffs                    Attorney for Defendant

PROTECTION ORDER,
RE: MEDICAL RECORDS - 2

Wm. Michael Hanbey, PS
Attorney at Law
P.O. Box 2575
Olympia, WA 98507
360 / 570-1636 • Fax 360 / 943-2430