# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY WILLMS and JOYCE WILLMS, a marital communtiy, | JUDGMENT IN A CIVIL CASE |
| v. | |
| GEORGIA-PACIFIC CORPORATION, a Georgia corporation | CASE NUMBER:  C05-5754JKA |

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The court finds that the defendant has well-articulated a legitimate non-discriminatory reason(s) for terminating the plaintiff, and that the plaintiff's evidence of pretext does not rise to the level upon which reasonable minds could differ. Accordingly, defendant's Motion for Summary Judgment is granted.

|  |  |
|---|---|
| April 11, 2007 | BRUCE RIFKIN<br>Clerk |
|  | /s/ Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |